Dean A. Christopherson, Esq. (SBN 121723)
**DAWE & CHRISTOPHERSON LLP**
1111 Civic Drive, Suite 380
Walnut Creek, CA 94596
Telephone: (925)256-6677
Facsimile:  (925)256-6678
email: dac@calaw.com

Attorneys for Defendant Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BALJIT DOSANJH, SUKHINDER DOSANJH,**<br><br>          **Plaintiffs,**<br><br>vs.<br><br>**LITTON LOAN SERVICING, WELLS FARGO BANK, NA, QUALITY LOAN SERVICE CORP, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND DOES 1 THROUGH 50, INCLUSIVE**<br><br>          **Defendants**.<br>_____/ | No.  09-CV-02535-JAM-DAD<br><br>**STIPULATED ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO ASSERT CLAIMS AGAINST TWO LENDERS SEPARATELY** |

   The Court having reviewed the Stipulation of the parties regarding this matter, and good cause appearing therefore,

   IT IS HEREBY ORDERED THAT:

   1. Plaintiffs may have to and including December 11, 2009 by which to file a Second Amended Complaint in this action.  Such  Second Amended Complaint shall sets forth separate causes of action against Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and against Defendant Litton Loan Servicing ("Litton"), each based solely upon the alleged acts or omissions of each separately.  The Second Amended Complaint shall not include any causes of action

1  directed against both Wells Fargo and Litton.

2     2. Plaintiffs do hereby dismiss all claims against Mortgage Electronic Registration
3  Systems, Inc. ("MERS").

4     3. Notwithstanding the prior stipulation filed with the Court allowing Wells Fargo to
5  and including November 23, 2009 by which to file its response to the First Amended Complaint,
6  Wells Fargo need not file a response to Plaintiffs' First Amended Complaint.  Rather, Wells
7  Fargo may forego filing a response to Plaintiffs' pleadings until twenty days after the service of
8  the Second Amended Complaint upon it.  Plaintiff'' counsel may serve the Second Amended
9  Complaint by mail on Dean A. Christopherson as counsel for Wells Fargo.

10     4. Litton's Motion to Dismiss regarding Plaintiff's First Amended Complaint shall come
11  off calendar, and Litton shall be allowed to file its response to the Second Amended Complaint
12  within twenty days after the service of the Second Amended Complaint on its counsel.

16  Dated:  11/23/2009

                           /s/ John A. Mendez
17                            Honorable John A. Mendez
                           United States District Judge